UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS, | No. 2:15-cv-2084 MCE AC P |
| Plaintiff, | |
| v. | ORDER |
| LOGAN, et al., | |
| Defendants. | |

Plaintiff is proceeding in forma pauperis pursuant to 28 U.S.C. § 1915. This action is proceeding on plaintiff's complaint filed on October 5, 2015 against defendants Logan, Thomas, and Nigg for violation of the Eighth Amendment. ECF No. 1. On December 19, 2016, defendants filed a motion to revoke plaintiff's in forma pauperis status. ECF No. 15. Plaintiff has not filed a response to the motion. Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On October 24, 2016, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion. ECF No. 12 at 3.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that, within thirty days of the date of this order, plaintiff shall file an opposition, if any, to defendants' December 19, 2016 motion to revoke IFP status. Failure to file an opposition will be deemed as a statement of non-opposition.

DATED: March 10, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE