UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>LOGAN, et al.,<br><br>        Defendants. | No.  2:15-cv-2084 MCE AC P<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983.  On September 28, 2016, he was given leave to proceed in forma pauperis.  ECF No. 8.  Defendants moved to revoke plaintiff's IFP status on December 19, 2016 (ECF No. 15) and, on April 7, 2017, this court recommended that defendants' motion be granted.  ECF No. 18.  Those recommendations were adopted on June 20, 2017 and plaintiff was directed to submit the filing fee within twenty-one days of that order.  ECF No. 21.  The deadline has now passed and plaintiff has failed to comply with the court's order.

It is therefore RECOMMENDED that this action be dismissed without prejudice for failure to comply with a court order and prosecute this case.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998); <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: July 19, 2017

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE